# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRAZIER DEVELOPMENT, LLC | § | Case No. 3:12-02149-EE |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEREK A. HENDERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 302,060.38 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 867,788.67 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 78,676.74 | |

3) Total gross receipts of $ 946,465.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 946,465.41 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,087,978.43 | $ 1,175,840.07 | $ 867,788.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 78,676.74 | 78,676.74 | 78,676.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,642,238.60 | 812,858.20 | 812,858.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 12,642,238.60 | $ 1,979,513.37 | $ 2,067,375.01 | $ 946,465.41 |

4)  This case was originally filed under chapter 7 on  07/02/2012 .  The case was pending for 61 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/10/2017           By:/s/DEREK A. HENDERSON
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% interest/holdback in Ergon Frazier Development, LLC whic | 1129-000 | 648,516.41 |
| Developer Fee owed by Ergon Frazier, LLC | 1229-000 | 297,949.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 946,465.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Hines-Phillips Properties, Llc | 4120-000 | NA | 539,847.70 | 539,847.70 | 231,796.30 |
| 5 | Laws Construction, Llc | 4220-000 | NA | 548,130.73 | 635,992.37 | 635,992.37 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,087,978.43** | **$ 1,175,840.07** | **$ 867,788.67** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEREK A. HENDERSON | 2100-000 | NA | 50,573.27 | 50,573.27 | 50,573.27 |
| DEREK A. HENDERSON | 2200-000 | NA | 25.92 | 25.92 | 25.92 |
| DEREK A. HENDERSON | 2300-000 | NA | 485.72 | 485.72 | 485.72 |
| Union Bank | 2600-000 | NA | 9,524.87 | 9,524.87 | 9,524.87 |
| DEREK A. HENDERSON | 3110-000 | NA | 17,762.50 | 17,762.50 | 17,762.50 |
| DEREK A. HENDERSON | 3120-000 | NA | 304.46 | 304.46 | 304.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 78,676.74 | $ 78,676.74 | $ 78,676.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acoustics, Inc. c/o Robinson Biggs 111 Capitol , Ste. 101 Jackson, MS 39201 | | 0.00 | NA | NA | 0.00 |
| | Amy Atwood Frazier c/o Don McGraw P. O. Box 1039 Canton, MS 39046-1039 | | 125,000.00 | NA | NA | 0.00 |
| | Baker Donelson P. O. Box 14167 Jackson, MS 39236-4167 | | 34,000.00 | NA | NA | 0.00 |
| | BancorpSouth Bank P.O. Box 4360 Tupelo, MS 38803-4360 | | 0.00 | NA | NA | 0.00 |
| | Copeland Cook Taylor Bush P. O. Box 6020 Ridgeland, MS 39158-6020 | | 94,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diana Bailey P. O. Box 368 115 North Main Street Ripley, MS 38663 | | 0.00 | NA | NA | 0.00 |
| | E.R. Hines, Jr. c/o Jim Martin, Esq. 1022 Highland Colony Parkway, Ste. 101 Ridgeland, MS 39157-2048 | | 0.00 | NA | NA | 0.00 |
| | Ergon Properties c/o Watson & Jones, PA P. O. Box 23546 Jackson, MS 39225 | | 0.00 | NA | NA | 0.00 |
| | Hines-Phillips Properties, LLC c/o Jim Martin, Esq. 1022 Highland Colony Parkway, Ste. 101 Ridgeland, MS 39157 | | 0.00 | NA | NA | 0.00 |
| | John A. Crawford, Jr. P. O. Box 6010 Ridgeland, MS 39157 | | 0.00 | NA | NA | 0.00 |
| | Laws Construction Co, c/o Thomas Gerity Wyann, Tarrant & Combs P. O. Box 16089 Jackson, MS 39236 | | 389,238.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark Smith c/o Dale Schwindaman 112 Byram Plwy, Ste A Byram, MS 39272 | | 0.00 | NA | NA | 0.00 |
| | Omnibank P. O. Box 468 Bay Springs, MS 39422 | | 0.00 | NA | NA | 0.00 |
| | Phyllis Frazier c/o Diana Bailey P. O. Box 368 115 North Main Street Ripley, MS 38663 | | 0.00 | NA | NA | 0.00 |
| | R. Scott Hines c/o Jim Martin, Esq. 1022 Highland Colony Parkway, STe. 101 Ridgeland, MS 39157 | | 0.00 | NA | NA | 0.00 |
| | Shirley Hines c/o Jim Martin, Esq. 1022 Highland Colony Parkway, Ste. 101 Ridgeland, MS 39157 | | 0.00 | NA | NA | 0.00 |
| | The American Insurance c/o Shell, Buford, PLLC P. O. Box 157 Jackson, MS 39205 | | 0.00 | NA | NA | 0.00 |
| | Travelers Surety & Casualty Company 1080 River Oaks Dr. Flowood, MS 39232 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Trustmark Bank 248 E. Capitol Street Jackson, MS 39201 |  | 12,000,000.00 | NA | NA | 0.00 |
|  | William J. Little, Jr. Lentz & Little, PA P. O. Box 927 Gulfport, MS 39502 |  | 0.00 | NA | NA | 0.00 |
| 1 | Amy Atwood Frazier | 7100-000 | NA | 148,800.00 | 148,800.00 | 0.00 |
| 4 | Ergon Properties, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | Leg Properties, Llc C/O Diane Bailey | 7100-000 | NA | 544,590.88 | 544,590.88 | 0.00 |
| 2 | Omnibank | 7100-000 | NA | 47,098.74 | 47,098.74 | 0.00 |
| 3 | Smith"s Lawn And Landscaping | 7100-000 | NA | 72,368.58 | 72,368.58 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ 12,642,238.60 | $ 812,858.20 | $ 812,858.20 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 12-02149 | EE | Judge: | Edward Ellington | Trustee Name: | DEREK A. HENDERSON |
|---|---|---|---|---|---|---|
| Case Name: | FRAZIER DEVELOPMENT, LLC | | | | Date Filed (f) or Converted (c): | 07/02/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/2012 |
| For Period Ending: | 07/10/2017 | | | | Claims Bar Date: | 12/01/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 50% interest/holdback in Ergon Frazier Development, LLC whic | Unknown | 100,000.00 | | 648,516.41 | FA |
| 2. Management Fee owed by Ergon Frazier Development, LLC. | 302,060.38 | 0.00 | | 0.00 | FA |
| 3. Developer Fee owed by Ergon Frazier, LLC (u) | 0.00 | 297,949.00 | | 297,949.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $302,060.38     $397,949.00     $946,465.41     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/30/16 - Waiting on money from holdback to be collected. Motion is being drafted on this within 30 days.

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-02149  Trustee Name: DEREK A. HENDERSON  Exhibit 9
Case Name: FRAZIER DEVELOPMENT, LLC  Bank Name: Union Bank
Account Number/CD#: XXXXXX1061
Checking
Taxpayer ID No: XX-XXX3931  Blanket Bond (per case limit): $31,981,268.00
For Period Ending: 07/10/2017  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | 3 | Stewart Title Guaranty Company<br>10 South Riverside Plaza, Suite 1450<br>Chicago, IL  60606 | Developer Fee owed by Ergon Frazier, LLC | 1229-000 | $297,949.00 | | $297,949.00 |
| 12/16/15 | 1 | Ergon<br>P.O. Box 1639<br>Jackson, MS  39215-1639 | Sale of Colony Crossing, Madison County, MS | 1129-000 | $591,284.92 | | $889,233.92 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $868.08 | $888,365.84 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,317.77 | $887,048.07 |
| 03/14/16 | 1001 | DEREK A. HENDERSON<br>1765-A LELIA DRIVE, SUITE 103<br>JACKSON, MS  39216 | 2016 Blanket Bond | 2300-000 | | $405.22 | $886,642.85 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,231.50 | $885,411.35 |
| 04/11/16 | 1002 | Laws Construction, Llc<br>C/O Marcus M. Wilson<br>C/O Andrew R. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, Ms 39205-0098 | Charging Order - per Court Order 06/10/15 | 4220-000 | | $635,992.37 | $249,418.98 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,314.21 | $248,104.77 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $691.90 | $247,412.87 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $367.52 | $247,045.35 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.82 | $246,690.53 |

Page Subtotals: $889,233.92   $642,543.39

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-02149　　　　　　　　　　　　　　　　Trustee Name: DEREK A. HENDERSON
Case Name: FRAZIER DEVELOPMENT, LLC　　　　　　　Bank Name: Union Bank
　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX1061
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX3931　　　　　　　　　　　Blanket Bond (per case limit): $31,981,268.00
For Period Ending: 07/10/2017　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $366.06 | $246,324.47 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $365.53 | $245,958.94 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $353.25 | $245,605.69 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $364.45 | $245,241.24 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.20 | $244,889.04 |
| 01/24/17 | 1 | Ergon P.O. Box 1639 Jackson, MS 39215-1639 | Final cash distribution (Ergon-Frazier Development I, LLC | 1129-000 | $57,231.49 | | $302,120.53 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.42 | $301,757.11 |
| 02/20/17 | 1003 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | 2017 Blanket Bond per Court Order 02/15/17. | 2300-000 | | $80.50 | $301,676.61 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $383.06 | $301,293.55 |
| 03/06/17 | 1004 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Attorney for Trustee Fees and Expenses per Court Order 02/28/17. | | | $18,066.96 | $283,226.59 |
| | | DEREK A. HENDERSON | Attorney for Trustee Fees　　　($17,762.50) | 3110-000 | | | |
| | | DEREK A. HENDERSON | Attorney for Trustee Expenses　　　($304.46) | 3120-000 | | | |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $405.04 | $282,821.55 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals:　　　　$57,231.49　　$21,100.47

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-02149  
Case Name: FRAZIER DEVELOPMENT, LLC  
Taxpayer ID No: XX-XXX3931  
For Period Ending: 07/10/2017  

Trustee Name: DEREK A. HENDERSON  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX1061  
Checking  
Blanket Bond (per case limit): $31,981,268.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $426.06 | $282,395.49 |
| 06/27/17 | 1005 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Final distribution representing a payment of 100.00 % per court order 6/27/17. | 2100-000 | | $50,573.27 | $231,822.22 |
| 06/27/17 | 1006 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Final distribution representing a payment of 100.00 % per court order 6/27/17. | 2200-000 | | $25.92 | $231,796.30 |
| 06/27/17 | 1007 | Hines-Phillips Properties, Llc C/O Jim Martin, Esq. 1022 Highland Colony Parkway, Ste. 101 Ridgeland, Ms 39157 | Final distribution to claim 6 representing a payment of 42.94 % per court order 6/27/17. | 4120-000 | | $231,796.30 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $946,465.41 | $946,465.41 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $946,465.41 | $946,465.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $946,465.41 | $946,465.41 |

Page Subtotals: $0.00  $282,821.55

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1061 - Checking | $946,465.41 | $946,465.41 | $0.00 |
| | $946,465.41 | $946,465.41 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $946,465.41 |
| Total Gross Receipts: | $946,465.41 |

Page Subtotals: $0.00 $0.00